# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3166
LT Case No. 05-2023-CF-57664-A

_____

NATHAN NEPSKY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin
A. Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

December 16, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____